Mathew K. Higbee, Esq., 106514
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
 TAMARA WAREKA
 aka TAMARA WILLIAMS,

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| TAMARA WAREKA aka TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. **3:20-cv-2087**<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, TAMARA WAREKA aka TAMARA WILLIAMS ("Williams" or "Plaintiff"), for its complaint against Defendant, Quenby's Aesthetic Medicine and Wellness Center, ("Defendant") alleges as follows:

1

# JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendants' acts of infringement complained of herein occurred in this judicial district, and Defendants caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

# PARTIES

1. Plaintiff Tamara Williams ("Williams" or "Plaintiff") is a professional photographer by trade based out of Germany.

2. Defendant Quenby's Aesthetic Medicine and Wellness Center ("Defendant" or "Quenby's") owns and operates the website, http://quenbyswellnesscenter.com/ (the "Website").

3. Defendants maintain a principal place of business at 17084 Pilkington Road, Lake Oswego, OR 97035. Attached hereto as Exhibit A is a true and correct copy of Quenby's Statement of Information filed with the Oregon Secretary of State.

4. Williams' is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10 inclusive, and for that reason, sued such Defendants under fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

5. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

**FACTUAL ALLEGATIONS**

6. Tamara Williams is a freelancing photographer based in Germany with a specialization in beauty and fashion. Williams has worked internationally with many clients and is well known for her natural, perfected, and clean beauty look. Her work has been featured in different countries and on the cover of

magazines such as Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, The Star, Martha Stewart, Woman's Health, Cosmopolitan, HELLO! Magazine, Maxim, and many more.

7.  Williams is the author and copyright holder to a beauty shot (the "Image") originally published on December 1, 2017.  Ninety-five percent of Williams' images are shot as personal projects and are always first released on her Instagram account.

8.  Williams registered the Image with the United States Copyright Office on or about August 23, 2018 under registration number VA 2-116-919.

9.  Attached hereto as Exhibit B is a true and correct copy of the original image.

10.  On or about May 31, 2020, Williams discovered that Defendant had used the Images without authorization on its Website to sell and promote a Botox service (the "Infringing Post").  True and correct copies of the Infringing Post featuring Williams' Image are attached hereto as Exhibit C.

11.  On or about June 2, 2020, Plaintiff attempted to contact Defendant requesting, *inter alia*, that the Image be removed.

12.  On information and belief, Defendants made unauthorized copies of the Images, and uploaded them to the server for Defendant's Website.  Plaintiff continued to reach out to Defendant until October 15, 2020 in an effort to resolve this matter, but never received a response.

13.  Williams' never authorized Defendants to use the Images in any manner.

14.  On information and belief, Defendant knew that it did not have

permission to use the Images on the Website and willfully infringed Williams' images.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq.*

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images.

17. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon the copyrighted Images in violation of Title 17 of the U.S. Code, in that it used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, by using it in the Infringing Post on Defendant's Website.

18. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c) per work infringed.

19. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

20.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyrights pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For actual damages or statutory damages against Defendants in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against Defendants, according to proof, together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

    For any other relief the Court deems just and proper.

Dated: December 2, 2020                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile

# DEMAND FOR JURY TRIAL

Plaintiff, Tamara Williams, hereby demands a trial by jury in the above captioned matter.

Dated: December 2, 2020                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile