**Tessan Wess, OSB #122087**
Tessan.Wess@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Honorable Stacie F. Beckerman

Attorneys for Quenby's Aesthetic Medicine and
Wellness Center

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TAMARA WAREKA aka TAMARA WILLIAMS,<br><br>       Plaintiff,<br><br>  vs.<br><br>QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER; and DOES 1 through 10 inclusive,<br><br>       Defendant. | Case No. 3:20-cv-02087-SB<br><br>**DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

Defendant Quenby's Aesthetic Medicine and Wellness Center ("Defendant") answers

Plaintiff's complaint as follows:

## ANSWER TO COMPLAINT

1.

Defendant denies all allegations against it except as expressly admitted below.

/ / /

4851-1454-9209.1
DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
Page 1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## JURISDICTION AND VENUE

2.

Defendant admits the allegations in paragraphs 1 through 4 regarding jurisdiction and venue.

## PARTIES

3.

Answering paragraph 1, Defendant is without sufficient information to admit or deny and therefore denies.

4.

Defendant admits the allegations in paragraphs 3 and 4 regarding Defendant's principal place of business and web presence.

5.

Answering paragraphs 4 and 5, Defendant is without sufficient information to admit or deny and therefore denies.

## FACTUAL ALLEGATIONS

6.

Answering paragraphs 6, 7, 8 and 9, Defendant is without sufficient information to admit or deny and therefore denies.

7.

Answering paragraph 10, Defendant admits only that Exhibit C is a copy of a post on Defendant's web page that was posted/published by Defendant. Defendant does not accept the characterization of "infringing post." Defendant denies all remaining allegations in paragraph 10.

/ / /

4851-1454-9209.1
DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
Page 2

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

8.

Answering paragraph 11, Defendant is without sufficient information to admit or deny and therefore denies.

9.

Answering paragraph 12, Defendant admits only that it's web page contained images posted/published by Defendant. Defendant does not accept the characterization of "infringing post." Defendant denies all remaining allegations in paragraph 12.

10.

Defendant admits paragraph 13.

11.

Defendant denies paragraph 14.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 USC § 101 *et seq*

12.

Answering paragraph 15, Defendant restates its answers to the referenced paragraphs and allegations.

13.

Answering paragraph 16, Defendant admits that Defendant did not have consent to publish the image identified, but otherwise lacks information or belief to admit or deny the remaining allegations of paragraph 16 and therefore denies them.

14.

Answering paragraphs 17, 18, 19 and 20, Defendant denies.

/ / /

4851-1454-9209.1
DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
Page 3

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## AFFIRMATIVE DEFENSE

15.

Defendant alleges that if the Defendant is found to be an infringer, that the infringement was innocent as that is defined in 17 USC Section 504(c)(2).

Defendant requests a jury trial.

WHEREFORE, Defendant Quenby's Aesthetic Medicine and Wellness Center prays for entry of judgment in its favor, including an award of its costs and disbursements incurred herein, as well as any additional relief that the Court deems just and equitable.

DATED this 26th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    *s/ Tessan Wess*
_____
Tessan Wess, OSB #122087
Tessan.Wess@lewisbrisbois.com
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Quenby's Aesthetic*
*Medicine and Wellness Center*

4851-1454-9209.1
DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
Page 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 26, 2021, I electronically filed the foregoing **DEFENDANT QUENBY'S AESTHETIC MEDICINE AND WELLNESS CENTER'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Attorneys for Plaintiff:*

Mathew Higbee
Higbee & Associates
1504 Brookhollow Dr., Suite 112
Santa Ana, CA  92705
mhigbee@higbeeassociates.com

_____   Via First Class Mail
_____   Via Facsimile
\_\_✓\_\_   Via CM/ECF Notice
_____   Via E-Mail

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    *s/ Tessan Wess*
        Tessan Wess, OSB #122087
        Tessan.Wess@lewisbrisbois.com
        Telephone: 971.712.2800
        Facsimile: 971.712.2801

        *Attorneys for Defendant Quenby's*
        *Aesthetic Medicine and Wellness Center*

4851-1454-9209.1
CERTIFICATE OF SERVICE
Page 1

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801